**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ENRIQUE PARRA, | ) | NO. CV 14-7136-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.F. MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 20, 2015.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE